

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-25-00259-CR

Victor **CARRILLO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 63rd Judicial District Court, Val Verde County, Texas
Trial Court No. 2024-0209-CR
Honorable Roland Andrade, Judge Presiding

BEFORE JUSTICE SPEARS, JUSTICE MCCRAY, AND JUSTICE MEZA

In accordance with this court's memorandum opinion of this date, this appeal is DISMISSED. *See* TEX. R. APP. P. 25.2(d). Appellant's request for an extension of time to file a motion to dismiss his appeal voluntarily pursuant to Rule 42.2(a) is DENIED AS MOOT.

SIGNED June 18, 2025.

_____
Adrian A. Spears II, Justice